395 P.3d 1244

STATE of Hawai'i, Plaintiff-appellee,

v.

GJ WILLIANDER, Defendant-appellant

NO. CAAP-15-0000759

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 21, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 14-1-1212)

SUMMARY DISPOSITION ORDER

Affirmed.